IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION

| | |
|---|---|
| JOHN P. LIPP and STEPHANIE S. LIPP, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:15-cv-04257-NKL |
| GINGER C, L.L.C., PI KAPPA PHI FRATERNITY NATIONAL HEADQUARTERS, and PI KAPPA PHI FRATERNITY MISSOURI BETA EPSILON CHAPTER, | ) ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANT GINGER C, LLC'S CERTIFICATE OF CORPORATE INTERESTS

**COMES NOW** Defendant Ginger C, LLC, by and through undersigned counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, and makes the following corporate interest disclosures:

1. Defendant has no parent companies, subsidiaries, or affiliates that have issued shares of stock to the public.

Respectfully submitted,

*/s/ Jeffrey H. Blaylock*
JEFFREY H. BLAYLOCK #34151
email: jblaylock@fpb-law.com
CLAYTON L. THOMPSON #65230
email: cthompson@fpb-law.com
FORD, PARSHALL & BAKER, L.L.C.
3210 Bluff Creek Drive
Columbia, MO 65201-3525
573-449-2613 / 573-875-8154 FAX
**ATTORNEYS FOR DEFENDANT GINGER C, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this 1st day of December, 2015, electronically filed a copy of the foregoing pleading with the United States District Court for the Western District of Missouri, Central Division, by filing same on the court's ECF system.

*/s/ Jeffrey H. Blaylock*
JEFFREY H. BLAYLOCK