IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI - CENTRAL DIVISION

| | |
|---|---|
| JOHN P. LIPP and STEPHANIE S. LIPP, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 2:15-CV-4257-NKL |
| GINGER C., L.L.C., PI KAPPA PHI | ) |
| FRATERNITY NATIONAL | ) |
| HEADQUARTERS, and PI KAPPA PHI | ) |
| FRATERNITY MISSOURI BETA | ) |
| EPSILON CHAPTER, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' MOTION TO DISMISS

Defendants Pi Kappa Phi Fraternity, Inc. ("National") and Pi Kappa Phi Fraternity Missouri Beta Epsilon ("Chapter") (collectively, the "PKP Defendants"), file this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and ask this Court to dismiss all claims made against them in this matter for failure to state a claim upon which relief can be granted.

Pursuant to Local Rule 7.0(c), the PKP Defendants' Suggestions in Support of the Motion to Dismiss are filed contemporaneously with this motion. For the reasons set forth in the PKP Defendants' Suggestions in Support of the Motion to Dismiss, the PKP Defendants respectfully request that the claims against them be dismissed in their entirety.

1

Respectfully submitted,

By: _____

Jim Ewbank
State Bar No. 06752710
Mitchell F. Zoll
State Bar No. 24049656
COKINOS BOSIEN & YOUNG
1210 Nueces St.
Austin, Texas 78701
(512) 476-1080
FAX: (512) 610-1184

And

JOHN L. ROARK #33237
SMITH LEWIS, LLP
111 South Ninth Street, Suite 200
P.O. Box 918
Columbia, MO 65205-0918
Tel:     573-443-3141
(fax)    573-442-6686

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I certify that the foregoing has been served upon the following counsel by first class United States mail, postage prepaid and by facsimile, this _____ day of January 2016.

Aaron Widel Smith
aw@awsmithlaw.com
The A.W. Smith Law Firm
2100 West Broadway
Columbia, Missouri 65203
Fax: (573) 443-7301
*Attorney for Plaintiffs*

Jeffrey H. Blaylock
jblaylock@fpb-law.com
Ford, Parshall & Baker, L.L.C.
3210 Bluff Creek Drive
Columbia, MO 65201-3525
Fax: (573) 875-8154

_____
Jim Ewbank