IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION

| | | |
|---|---|---|
| JOHN P. LIPP, et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:15-cv-04257-NKL |
| | ) | |
| GINGER C, L.L.C., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF MAILING

COMES NOW the undersigned, Attorney for Plaintiff in the above-captioned matter, and certifies and informs the Court that on this 1st day of February, 2016, he sent Plaintiffs' Second Request for Production of Documents Directed to Defendant Pi Kappa Phi Fraternity Missouri Beta Epsilon Chapter via electronic mail and/or U.S. Mail to:

Jeffrey H. Blaylock
Clayton Thompson
Ford, Parshall & Baker, L.L.C.
jblaylock@fpb-law.com
cthompson@fpb-law.com

Mitchell Zoll
Jim Ewbank
Cokinos, Bosien & Young
1210 Nueces Street
Austin, TX 78701
MZoll@cbylaw.com
JEwbank@cbylaw.com

John L. Roark
Smith Lewis, LLP
111 South Ninth Street, Suite 200
P.O. Box 918
Columbia, MO 65205
roark@smithlewis.com

John G. Schultz
Franke, Schultz & Mullen
8900 Ward Parkway
Kansas City, MO 64114
jschultz@fsmlawfirm.com

        Respectfully submitted,

        THE A.W, SMITH LAW FIRM, P.C.

        _____/s/ Aaron W. Smith_____
        Aaron W. Smith, MO Bar 54137
        2100 West Broadway
        Columbia, MO 65203
        Office: (573) 777-3333
        Fax: (573) 443-7301
        aw@awsmithlaw.com

        ATTORNEY FOR PLAINTIFFS