## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI, CENTRAL DIVISION

| | |
|---|---|
| JOHN P. LIPP, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )  Case No.  2:15-cv-04257-NKL |
| | ) |
| GINGER C, L.L.C., et al. | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF MAILING

COMES NOW the undersigned, Attorney for Plaintiff in the above-captioned matter, and certifies and informs the Court that on this 1st day of February, 2016, he sent Plaintiffs' Second Request for Production of Documents Directed to Defendant Pi Kappa Phi Fraternity via electronic mail and/or U.S. Mail to:

Jeffrey H. Blaylock
Clayton Thompson
Ford, Parshall & Baker, L.L.C.
jblaylock@fpb-law.com
cthompson@fpb-law.com

Mitchell Zoll
Jim Ewbank
Cokinos, Bosien & Young
1210 Nueces Street
Austin, TX  78701
MZoll@cbylaw.com
JEwbank@cbylaw.com

John L. Roark
Smith Lewis, LLP
111 South Ninth Street, Suite 200
P.O. Box 918
Columbia, MO  65205
roark@smithlewis.com

1

John G. Schultz
Franke, Schultz & Mullen
8900 Ward Parkway
Kansas City, MO 64114
jschultz@fsmlawfirm.com

                    Respectfully submitted,

                    THE A.W, SMITH LAW FIRM, P.C.

                    _____/s/ Aaron W. Smith_____
                    Aaron W. Smith, MO Bar 54137
                    2100 West Broadway
                    Columbia, MO 65203
                    Office: (573) 777-3333
                    Fax: (573) 443-7301
                    aw@awsmithlaw.com

                    ATTORNEY FOR PLAINTIFFS